AO 245C (Rev. 8/96) Sheet 1 - Amended Judgment in a Criminal Case          (NOTE: Identify Changes with Asterisks (*))

# United States District Court
## Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SYLVESTER REID (J) 50013** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:96CR00798-001** |
| **Date of Original Judgment:** 02/13/1998<br>(or Date of Last Amended Judgment) | **Orlando Prescott, AUSA / Carl J. Mecke, Esq**<br>Defendant's Attorney |

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))
☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))
☒ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
☐ Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255,
  ☐ 18 U.S.C. § 3559(c)(7), or ☐ Modification of Restitution Order

FILED by _____ D.C.
MAY 1 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) One, Two, Three, Four, Five and Six after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1951 (a) | Interference with commerece by threats of violence | 03/09/1996 | 1 |
| 18 U.S.C. § 924 (c) | Use of a firearm during and in relation to a crime of violence | 03/09/1996 | 2 |
| 18 U.S.C. § 1951 (a) | Interference with commerce by threats of violence | 03/14/1996 | 3 |

See Additional Counts of Conviction - Page 2

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ N/A _____
☒ Count(s) * _____ N/A _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 04/30/1998 |
| Defendant's Date of Birth: 12/15/1952 | Date of Imposition of Judgment |
| Defendant's USM No.: 50013-004 | |
| Defendant's Residence Address:<br>**FDC-MIAMI**<br>**P.O. BOX 019118**<br>**Miami                FL      33101-9118** | _signature_<br>Signature of Judicial Officer<br>**FEDERICO A. MORENO**<br>**UNITED STATES DISTRICT JUDGE**<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address:<br>* **FDC-NIAMI**<br>**P.O. BOX 019118**<br>**Miami                FL      33101-9118** | April 30, 1997<br>Date |

Case 1:96-cr-00798-FAM   Document 69   Entered on FLSD Docket 05/06/1998   Page 2 of 6

AO 245C (Rev. 8/96) Amended Judgment in a Criminal Case: Sheet 1 - Judgment in a Criminal Case    (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __2__ of __6__

DEFENDANT: SYLVESTER REID (J) 50013
CASE NUMBER: 1:96CR00798-001

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 924 (c) | Use of firearm during and in relation to a crime of violence | 03/14/1996 | 4 |
| 18 U.S.C. § 1951 (a) | Interfereence with commence by threats of violence | 03/18/1996 | 5 |
| 18 U.S.C. § 924 (c) | Use of firearm during and in relation to a crime of violence | 03/18/1996 | 6 |

AO 245C (Rev. 8/96) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment          (NOTE: Identify Changes with Asterisks (*))

Case 1:96-cr-00798-FAM   Document 69   Entered on FLSD Docket 05/06/1998   Page 3 of 6

Judgment-Page __3__ of __6__

DEFENDANT:    SYLVESTER REID (J) 50013
CASE NUMBER:  1:96CR00798-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____55____ year(s)____ .

**See Additional Imprisonment Terms - Page    4**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal

AO 245C (Rev. 8/96) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment
Case 1:96-cr-00798-EAM   Document 69   Entered on FLSD Docket 05/06/1998   Page 4 of 6

Judgment-Page __4__ of __6__

DEFENDANT:    SYLVESTER REID (J) 50013
CASE NUMBER:  1:96CR00798-001

## ADDITIONAL IMPRISONMENT TERMS

This term consists of 120 months on each of Counts One, Three, and Five, 60 months as to Count Two, 240 months as to Count Four and 240 months as to Counts Six. The terms of imprisonment imposed as to Counts One, Three and Five shall run concurrently. The term of imprisonment as to Count Two shall run consecutively to the terms of imprisonment imposed as to Counts One, Three and Five. The term of imprisonment as to Count Four shall run consecutively to the term of imprisonment imposed as to Count Two. The term of imprisonment as to Count Six shall run consecutively to the term of imprisonment imposed as to Count Four.

AO 245C (Rev. 8/96) Amended Judgment in a Criminal Case: Sheet 3 - Supervised Release  (NOTE: Identify Changes with Asterisks (*))
Case 1:96-cr-00798-FAM   Document 69   Entered on FLSD Docket 05/06/1998   Page 5 of 6

Judgment-Page 5 of 6

DEFENDANT: SYLVESTER REID (J) 50013
CASE NUMBER: 1:96CR00798-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ___2___ year(s).

**This term consists of terms of 2 years as to each of Counts One through Six, all such terms to run concurrently.**

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:96-cr-00798-FAM   Document 69   Entered on FLSD Docket 05/06/1998   Page 6 of 6

AO 245C (Rev. 8/96) Amended Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties   (NOTE: Identify Changes with Asterisks (*))

Judgment-Page  6  of  6

DEFENDANT: SYLVESTER REID (J) 50013
CASE NUMBER: 1:96CR00798-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 300.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .  $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of   $ _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ The interest requirement is waived.

  ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| Totals: | $ _____ | $ _____ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.