**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-11-Civ-MORENO
      (96-798-Cr-MORENO)
MAGISTRATE JUDGE SORRENTINO

SYLVESTER REID,      :

    Movant,        :

v.                     :      <u>FINAL ORDER</u>

UNITED STATES OF AMERICA,  :

    Respondent.    :
_____


FILED by &c. D.C.
OCT 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate pursuant to 28 U.S.C. §2255 is denied on the merits.

2. All motions related to the civil case not otherwise ruled upon are dismissed, as moot.

3. The case is closed.

DONE AND ORDERED at Miami, Florida, this _18_ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

cc: Sylvester Reid, <u>Pro Se</u>
    Wifredo A. Ferrer, AUSA