UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-798-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

SYLVESTER REID,
    Defendant.
_____/

## ORDER GRANTING MOTION TO MODIFY HIS SENTENCE

THIS CAUSE came before the Court upon defendant's motion to modify his sentence under Amendment 599 to the Sentencing Guidelines **[D.E. #116]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **GRANTED**. Because the sentence modification is not a "re-sentencing", a hearing under Pepper v. United States, 131 S.Ct. 1229 (2011) is not required. The sentence is modified under Amendment 599 from 120 months to 70 months in Counts 1, 3 and 5, concurrently. The sentence as to Count 2 remain 60 months, as to Count 4-240 months, as to Count 6-240 months, CONSECUTIVELY, for a total sentence of 610 MONTHS.

DONE and ORDERED in Miami-Dade County Florida, this 26 day of May, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record