UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-798-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SYLVESTER REID,

        Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to reduce sentence pursuant to Rule 35/60 **[D.E. #129]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida, this ___19___ day of July, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

SYLVESTER REID
# 50013-004
U.S. Penitentiary
P.O. Box 26030
Beaumont, Texas 77720-6030