UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-CIV-22731-MORENO
(Underlying Case Number: Case Number: 1:96-CR-00798-MORENO)

SYLVESTER REID,

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.
_____/

### ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND VACATING AUTOMATIC REFERRAL

THIS CAUSE came before the Court upon Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody **[(D.E. 1) and Case No.: 1:96-CR-00798-MORENO (D.E. 143)]**, filed on **June 28, 2016**.

THE COURT has considered the Motion, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that the Motion is DENIED. As this is a successive motion made pursuant to 28 U.S.C. § 2255 (prior Case No.: 1:01-00011-CIV-MORENO), this Motion must be made to the Eleventh Circuit Court of Appeals. It is further

**ORDERED AND ADJUDGED** that the automatic referral to United States Magistrate Judge Patrick A. White is VACATED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30 of June 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Honorable Patrick A. White
Counsel of Record