UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **96-00798-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**SYLVESTER REID,**
        Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) **[D.E. #147]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the Government respond to defendant's motion for compassionate release no later than **December 11, 2020.**

DONE and ORDERED in Miami-Dade County Florida, this ___19___ day of October 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record