UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **96-00798-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**SYLVESTER REID,**
        Defendant.
_____/

### ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

THIS CAUSE came before the Court upon defendant's second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) **[D.E. #155]** and the government having filed a response **[D.E. #156]**, it is

ORDERED and ADJUDGED that said second motion for compassionate release is **DENIED** as the defendant continues to pose a danger to the community.

DONE and ORDERED in Miami-Dade County Florida, this 20th day of April 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record